UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE,
ANNUITY, EDUCATION & TRAINING, INDUSTRY
ADVANCEMENT, and LEGAL SERVICES FUNDS by Louis A.
Picani, Joseph Sansone, Dominick Cassanelli, Jr., Saul Singer, Ross
Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds,
and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,

                Plaintiffs,

            - against -

DEL HEN. TRUCKING, INC.,

                Defendant.

-------------------------------------------------------------------- x

Civil Action No.
7:18-cv-02053 (CS)

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned do hereby consent that Cohen, Weiss and Simon LLP (Michael S. Adler, Esq. appearing), 900 Third Avenue, Suite 2100, New York, New York 10022-4869, be substituted as attorneys in representation of Plaintiffs in the above-captioned matter.

BLITMAN & KING, LLP
*Withdrawing Attorneys for Plaintiffs*

_____
Daniel Kornfeld, of Counsel
1441 Broadway, Suite 5062
New York, New York 10018
(212) 643-2672
dekornfeld@bklawyers.com

COHEN, WEISS AND SIMON LLP
*Superseding Attorneys for Plaintiffs*

_____
Michael S. Adler
900 Third Avenue, Suite 2100
New York, New York 10022-4869
(212) 356-0220
madler@cwsny.com

_____
Andrew Mackle, Fund Administrator
Teamsters Local 456 Funds
160 South Central Avenue
Elmsford, New York 10523

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.

07/02/21